# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cr-170-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| SULEMAN ALHASSAN, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Reduce Sentence Pursuant to First Step Act of 2018. (Doc. No. 34).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: September 15, 2022

Max O. Cogburn Jr.
United States District Judge